IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMBER AND GRANT COOLEY                                              PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 1:23-cv-186-HSO-MTP

ZACHARY JAMES RIVIERA,
GEICO GENERAL INSURANCE COMPANY                                     DEFENDANTS

## MOTION TO REMAND ALL CLAIMS TO STATE COURT OR IN ALTERNATIVE TO SEVER CLAIMS AND PARTIALLY REMAND TO STATE COURT

**COME NOW**, the Plaintiffs, Amber, and Grant Cooley("Plaintiffs"), by and through their attorneys of record, and file this their Motion to Remand all Claims to State Court or in Alternative to Sever Claims and Partially Remand to State Court and in support thereof would show unto this Honorable Court the following:

1.) Plaintiffs commenced this action in the Circuit Court of Harrison County, Second Judicial District, naming Zachary James Riviera and Geico General Insurance Company as Defendants. (Pl's Complaint, Ex. A.)

2.) According to the complaint filed Plaintiff's Amber and Grant Cooley are adult resident citizens of Mississippi as is Zachary James Riviera. (Pl's Complaint, Ex. A. and Mississippi Uniform Crash Report Ex. B.)

3.) Defendant Geico General Insurance Company("Defendant") is a Foreign Insurance Company who is required to register with the Mississippi Department of Insurance and post a $50,000.00 bond to do business in the State of Mississippi pursuant to Miss. Code sec. 83-21-3. In addition to the registration requirement Defendant Geico General Insurance Company was required to sign an agreement pursuant to Miss. Code sec. 83-

3

5-3 to be bound by the statutes of the State of Mississippi. In addition, pursuant to Miss. Code sec 3-08-06-203.02 Geico General Insurance Company is subject to being taxed by the State of Mississippi and required to file Mississippi tax returns since it is certified and registered to do business in Mississippi by the Mississippi Insurance Commission.

Defendant Geico has appointed C.T. Corporation System of Mississippi as its agent for service of process with its principal place of business being 645 Lakeland Dr., Flowood, MS 39232.

4.) Plaintiff's claims against Defendant Zachary James Riviera are based upon a vehicular wreck which occurred between two citizens of Mississippi and occurred in Harrison County, Mississippi. (See attached Exhibit A and B.)

5.) Plaintiff's claims against Defendant Geico are bad faith claims involving a contract on insurance involving a Mississippi uninsured motorist insurance policy issued to the Plaintiff's in the State of Mississippi insuring vehicles registered in the State of Mississippi by a foreign insurance company who is registered to do business in the State of Mississippi with the Mississippi Department of Insurance and agreed to be bound by the laws of the State of Mississippi pursuant to Miss Code sec. 83-5-3. (See attached Registration documents as Ex. C.)

6.) Given the recent United States Supreme Court opinion in *"Mallory v. Norfolk Southern Railway Company*, 143 S.Ct. 2028 (filed Jun. 27, 2023)," and that Defendant Geico General Insurance Company has registered with the State of Mississippi, agreed to be bound by the laws of the State of Mississippi, agreed to be taxed by the State of Mississippi and has appointed an agent for service of process, all of Plaintiff's claims outlined in its complaint should be remanded back to the Circuit Court of Harrison County,

Mississippi.

7.) In the alternative if the court finds that *"Mallory v. Norfolk Southern Railway Company*, 143 S.Ct. 2028 (filed Jun. 27, 2023)," does not apply then the Plaintiff's claims against Zachary James Riviera must be severed from the claims against Defendant Geico and remanded back to state court.

8.) Attached for the Court's reference are two severance and remand orders issued by Honorable Carlton Reeves and Honorable Louis Guirola, Jr. of the Southern District of Mississippi in substantially similar cases but decided prior to the United States Supreme Court ruling in *"Mallory v. Norfolk Southern Railway Company*, 143 S.Ct. 2028 (filed Jun. 27, 2023)," ( See Ex. D and E.)

WHEREFORE, PREMISES CONSIDERED, the Plaintiff pray that, for the reasons set forth herein, this Court remand all claims in this cause to the Circuit Court of Harrison County, Mississippi or in the alternative that it severs the claims of Plaintiffs against Defendant Zachary James Riviera and remand those claims to the Circuit Court of Harrison County, Mississippi. In addition, this Court's remand order should require payment of just costs and actual expenses, including attorney's fees, incurred by the Plaintiffs because of Geico's improvident removal pursuant to 28 U.S.C. §1447.

RESPECTFULLY SUBMITTED this the 30th day of August 2023.

**AMBER AND GRANT COOLEY, Plaintiffs**

*/S/ TIMOTHY M. FARRIS*
TIMOTHY M. FARRIS, MSB #8848

TIMOTHY M. FARRIS
ATTORNEY FOR PLAINTIFF
6645 Highway 98W Ste 3
Hattiesburg, MS 39402
(601)296-1082 Telephone
(601)296-1085 Fax
tim@timfarrislaw.com
MSB#8848

## CERTIFICATE OF SERVICE

I, Timothy M. Farris, attorney for Plaintiff, hereby certifies that on Wednesday, August 30, 2023 the undersigned person filed the foregoing document with the court's ECF system, which automatically served said document on the following attorneys for the Defendant via email: Hon. David Lee Gladden, lgladden@gladdeningram.com

Respectfully submitted this the 30th day of August 2023.

/s/ Timothy M. Farris
TIMOTHY M. FARRIS

TIMOTHY M. FARRIS
ATTORNEY FOR PLAINTIFF
6645 Highway 98W Ste 3
Hattiesburg, MS 39402
(601)296-1082 Telephone
(601)296-1085 Fax
tim@timfarrislaw.com
MSB#8848